AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**STACY MOORE    CAROL SAMOUN**
**DOB:** x/xx/xx        x/xx/xx
**PDID:** xxx-xxx      xxx-xxx

*(Name and Address of Defendant)*

## CRIMINAL COMPLAINT

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>August 19, 2008</u> in, in the District of <u>COLUMBIA</u> defendant (s) did, *(Track Statutory Language of Offense)*

**unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance and unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title <u>  21  </u> United States Code, Section(s) <u>  841(a)(1)  </u>.

I further state that I am <u>**OFFICER RYAN ROE**</u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant
**OFFICER RYAN ROE**
**MPD-NARCOTICS SPECIAL**
**INVESTIGATIONS**

Sworn to before me and subscribed in my presence,

_____    at    <u>Washington, D.C.</u>
**Date**                                            **City and State**

_____        _____
**Name & Title of Judicial Officer**                **Signature of Judicial Officer**

**STATEMENT OF FACTS**

      On August 19, 2008, members of the Metropolitan Police Department Narcotics Special Investigations Division Gun Recovery Unit executed a search warrant at 2215 Hunter Place, S.E., Apt. 204, Washington, D.C. Upon entry of the premises the officers found defendants Stacy Moore and Carol Samoun in the back bedroom. During the course of the execution of the search warrant, the officers found a loaded 40 caliber handgun and approximately $7,773.00 in United States currency. Photographs of both defendants and pieces of mail matter in the name of defendant Stacy Moore connecting him to the premises. A plastic bag containing approximately 295 grams of a white powder substance, another plastic bag containing approximately 260 grams of a white powder substance, a paper towel containing approximately 62 grams of a white rock like substance, and a plastic bag containing a brown compressed powder. A portion of the white rock-like substance was field tested positive for cocaine base. A portion of the brown powder substance field tested positive for opiates. A portion of the white powder substance field tested positive for cocaine. Also recovered was a 45 caliber machine gun and a .223 caliber rifle and ammunition. A further search of the premises revealed a large plastic bag containing approximately 490 multiple colored pills. A portion of the pills was field tested positive for amphetamines. The approximate weight of the suspected cocaine, crack cocaine, and heroin indicates that the drugs were going to be sold to others rather than used exclusively by the defendants. Officers placed the defendant under arrest.

                                                   OFFICER RYAN ROE
                                                   MPD-NARCOTICS SPECIAL INVESTIGATIONS
                                                   DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF AUGUST, 2008.

                                                   U.S. MAGISTRATE JUDGE